# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147404 & (51)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                           SC:  147404
                                                            COA:  304610
                                                            Oakland CC:  2010-232149-FC
WILBERN WOODROW COOPER,
        Defendant-Appellant.

_____/

        On order of the Court, the motion for permission to file pro per supplement is GRANTED.  The application for leave to appeal the May 21, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013

p1118                                              Clerk